UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHEASTERN DIVISION

| | |
|---|---|
| RYAN TERBROCK, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 2:09CV0013 JCH |
| ) | |
| NICHOLAS BERRY, ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

This matter is before the Court upon Plaintiff's Motion for New Trial. (Doc. No. 86). Having considered the briefing on this Motion, including Plaintiff's Response to Defendant Berry and Defendant Selby's Reply to Plaintiff's Motion for a New Trial (Doc. No. 92), the Court denies Plaintiff's Motion for a New Trial.

Dated this 22 day of November, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE